In the Matter of HARVEY A. GUENTHER, Respondent, against HARRY J. MARCH et al., Constituting the BOARD OF APPEALS OF THE CITY OF BUFFALO, Appellants.

(Argued October 3, 1928; decided October 23, 1928.)

*Gregory U. Harmon, Corporation Counsel (Charles S. McDonough* of counsel), for appellants.
*Regis O'Brien* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.